USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-5-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH SAMUEL,

          Plaintiff,

- against -

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, ET AL.,

          Defendants.

06 Civ. 13098 (JGK)

**BENCH OPINION**

**JOHN G. KOELTL, District Judge:**

For the reasons stated on the record at the conference held on September 4, 2008, the defendants' motion for summary judgment is **granted in part and denied in part**. The Clerk is directed to close Docket No. 9.

The joint pretrial order is due **October 3, 2008**. The parties should be ready for trial on 48 hours notice on **October 10, 2008**.

SO ORDERED.

Dated:    New York, New York
           September 4, 2008

                                            John G. Koeltl
                                   United States District Judge